UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STANLEY LEWIS                                              CIVIL ACTION

versus                                                     NO. 11-2394

ROBERT TANNER, WARDEN                                      SECTION: "C" (1)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Stanley Lewis** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 27 day of February, 2012.

UNITED STATES DISTRICT JUDGE