UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STANLEY LEWIS | CIVIL ACTION |
| versus | NO. 11-2394 |
| ROBERT TANNER, WARDEN | SECTION: "C" (1) |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Stanley Lewis** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 27 day of July, 2012.

UNITED STATES DISTRICT JUDGE